## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Kerium Allen Garrick, Sr.,      :
                Appellant    :
                          :
          v.            :    No. 1003 C.D. 2017
                          :
City of Phila/Philadelphia    :
Prison System - CFCF/PICC   :
Probation Officer Tabitha Hatcher  :

## **O R D E R**

NOW, March 26, 2018, upon consideration of appellant's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge
